FILED

10/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0412

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0412

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

THOMAS JOE ELLSWORTH,

> Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 26, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 26 2021